# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilkins, Robert L. | 2. Court or Organization<br><br>U.S. Court of Appeals for the District of Columbia Circuit | 3. Date of Report<br><br>10/04/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>**to**<br>12/31/2015 |

| 7. Chambers or Office Address |
|---|
| U.S. Court of Appeals for the District of Columbia Circuit<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Board of Governors | Lawyers' Club of Washington |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, Robert L. | 10/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

**✔** NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the U.S. Courts | Jan. 6-9, 2015 | Marina Del Ray, CA | Meeting of the Committee on Judicial Security | Transportation, hotel, meals |
| 2. | Administrative Office of the U.S. Courts | June 23-26, 2015 | Philadelphia, PA | D.C. Circuit Judicial Conference | Transportation, hotel, meals |
| 3. | Harvard Law School | Nov. 16-17, 2015 | Cambridge, MA | Ames Moot Court Final | Transportation, hotel, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, Robert L. | 10/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Everhome Mortgage | Mortgages - Rental Properties | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, Robert L. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Rental Property #1 - Muncie, IN | D | Rent | | | Sold | 07/21/15 | L | | Doug & Ronda Eckerty |
| 2.   Rental Property #2 - Muncie, IN | D | Rent | | | Sold | 07/21/15 | L | | Doug & Ronda Eckerty |
| 3.   Rental Property #3 - Muncie, IN | D | Rent | | | Sold | 07/21/15 | L | | Doug & Ronda Eckerty |
| 4.   Rental Property #4 - Muncie, IN | D | Rent | | | Sold | 07/21/15 | L | | Doug & Ronda Eckerty |
| 5.   Rental Property #5 - Muncie, IN | D | Rent | | | Sold | 07/21/15 | L | | Doug & Ronda Eckerty |
| 6.   Rental Property #6 - Muncie, IN | C | Rent | K | R | Buy | 10/15/15 | K | | Marshall & Joyce Weaver |
| 7.   DC College Savings Plan - Ameritas Principal Plus | A | Int./Div. | L | T | Open | 11/11/15 | L | | |
| 8.   DC College Savings Plan - Ameritas Principal Plus | A | Int./Div. | L | T | Open | 11/11/15 | L | | |
| 9.   Cabrillo FCU Accounts | A | Int./Div. | M | T | | | | | |
| 10.   Justice FCU Accounts | A | Int./Div. | J | T | | | | | |
| 11.   IRA #1 - Charles Schwab Funds | | | | | | | | | |
| 12.   -CRM Small Cap Value Instl | D | Int./Div. | K | T | | | | | |
| 13.   -American Funds EuroPacific Gr R6 | A | Int./Div. | K | T | | | | | |
| 14.   -PIMCO Total Return Instl | A | Int./Div. | | | Sold | 01/16/15 | | | Intrafund Transfer |
| 15.   -Vanguard Total Bond Market I (X) | D | Int./Div. | M | T | | | | | |
| 16.   -Federated Govt Obligs Instl | A | Interest | L | T | | | | | |
| 17.   IRA #2 - ING Plans | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkins, Robert L.** | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SSgA Target Retirement 2030 Fund | A | Int./Div. | | | Sold | 09/17/15 | L | | Intrafund Transfer |
| 19. -Vangaurd Target Retire 2030 Tr | A | Int./Div. | L | T | Buy | 09/17/15 | L | | Intrafund Transfer |
| 20. -Ridge Worth Small Cap Growth Stock Fund | A | Int./Div. | | | Sold | 09/17/15 | J | | Intrafund Transfer |
| 21. -Brown Cap Mgmt Small Co Instl | B | Int./Div. | K | T | Buy | 09/17/15 | K | | Intrafund Transfer |
| 22. Engraving & Printing FCU Account | A | Int./Div. | J | T | | | | | |
| 23. Thrive FCU Accounts (fka Industrial Centre FCU) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkins, Robert L.** | 10/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.A, line 6:  Rental Property #6, was purchased on 10/15/2015 for $37,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert L. Wilkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544